HEATHER E. WILLIAMS, #122664
Federal Defender
David M. Porter, Bar #127024
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DWAYNE MAU, JR., | Case No. 2:14-cv-01021 KJN P |
| Petitioner, | SUBSTITUTION OF ATTORNEY |
| v. | |
| BOND, | |
| Respondent. | |

It is respectfully requested that Assistant Federal Defender DAVID M. PORTER and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that BENJAMIN RAMOS (Bar No. 156643), Law Office of Benjamin Ramos, 705 E. Bidwell Suite 2-359, Folsom, CA 95630; telephone number (916) 358-9842, be substituted in as appointed counsel for Mr. Mau.

Dated:  October 23, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

-1-

I accept the substitution and ask to be appointed.

DATED:  October 23, 2014

/s/ Benjamin Ramos
BENJAMIN RAMOS
Attorney at Law

I consent to the substitution.

DATED:  October 23, 2014

/s/ Michael Dwayne Mau, Jr.
MICHAEL DWAYNE MAU, JR.
Defendant

## **O R D E R**

IT IS SO ORDERED.

Dated:  October 28, 2014

/mau1021.sub

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE